**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| HOWARD COHAN,<br>　　　　Plaintiff,<br><br>v.<br><br>FIRST HOSPITALITY GROUP, INC. d/b/a SPRINGHILL SUITES BY MARRIOTT CHICAGO O'HARE,<br>　　　　Defendant. | Case No.: 21CV04615<br><br>Judge Robert M. Dow, Jr.<br>Magistrate Judge Sheila M. Finnegan |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Howard Cohan ("Plaintiff"), and Defendant, First Hospitality Group, Inc. ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties"), having agreed to the material terms of a Confidential Settlement Agreement and Release ("Agreement") that will resolve all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action without prejudice. The Parties further stipulate that Plaintiff must re-open this action on or before March 26, 2022, and Plaintiff may only do so in the event the Parties have not executed the Agreement and/or Plaintiff has not received amounts owed, if any, under the Agreement. This stipulation will convert to a joint stipulation for dismissal with prejudice on March 27, 2022 if Plaintiff has not timely re-opened this action. Attorneys' fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in their Agreement.

Jointly submitted this 9th day of February, 2022.

| | |
|---|---|
| HOWARD COHAN | FIRST HOSPITALITY GROUP, INC. |
| By:　/s/ Robert M. Kaplan<br>　　　Counsel for Plaintiff<br>　　　Law Offices of Robert M. Kaplan P.C.<br>　　　1535 W. Schaumburg Rd. Ste 204<br>　　　Schaumburg, IL 60194-4042<br>　　　847-845-9477 | By:　/s/ Remy D. Snead<br>　　　Counsel for Defendant<br>　　　Baker & McKenzie LLP<br>　　　300 East Randolph Street, Ste. 5000<br>　　　Chicago, IL  60601<br>　　　312-861-8933 |